**United States Bankruptcy Court**
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 18−32653−KLP
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Omega W. Wilson
100 Kenley Tye Lane
Glen Allen, VA 23059

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−2976

Employer Tax−Identification (EIN) No(s).(if any):
Debtor: NA

NOTICE OF POSSIBLE DISMISSAL
PURSUANT TO
LBR 1007−1 LISTS, SCHEDULES, STATEMENTS
AND
LBR 3015−2 CHAPTER 13 PLAN REQUIREMENTS

TO:   DEBTOR OR DEBTOR'S COUNSEL

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on May 21, 2018. Pursuant to Local Bankruptcy Rule 1007−1 and 3015−2, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:   June 4, 2018**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

All Schedules and Statement of Financial Affairs
Summary of Your Assets and Liabilities and Certain Statistical Information
Statement of Your Current Monthly Income and Calculation of Commitment Period
Chapter 13 Plan

**William C. Redden**
**Clerk, United States Bankruptcy Court**

Date:   May 22, 2018

/s/   Candace Manley
Deputy Clerk

[10071_30152vDec2015.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                  Case No. 18-32653-KLP
Omega W. Wilson                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc           Page 1 of 1                 Date Rcvd: May 22, 2018
                              Form ID: both215        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db            +Omega W. Wilson,    100 Kenley Tye Lane,    Glen Allen, VA 23059-4731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
      Carl M. Bates     station01@richchap13.com,
       station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
      John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
                                                                                                   TOTAL: 2