**United States Bankruptcy Court**
**Eastern District of Virginia**
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**   18−32653−KLP
**Chapter**   13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Omega W. Wilson
100 Kenley Tye Lane
Glen Allen, VA 23059

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−2976

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor:  NA

### NOTICE TO CURE CREDIT COUNSELING CERTIFICATION DEFICIENCY

   The petition filed by you is deficient. By checking the box for the 2nd statement in Part 5 of the Voluntary Petition and signing it, you certified that you had received credit counseling from an approved agency, but you did not have a certificate from the agency at the time of filing your bankruptcy case. Part 5 of the Voluntary Petition, which is titled "Explain Your Efforts to Receive a Briefing About Credit Counseling", and Bankruptcy Rule 1007(c) allow the filing of the certificate of credit counseling within 14 days after the filing of the bankruptcy case if a debtor chooses the following option in Part 5 of the Voluntary Petition.

I received a briefing from an approved
credit counseling agency within the
180 days before I filed this bankruptcy
petition, but I do not have a
certificate of completion.

   Pursuant to Local Bankruptcy Rule 1007−1(I)(2), failure to cure the deficiency on or before June 4, 2018, which is fourteen (14) days after the filing of the petition, will result in the bankruptcy case being dismissed.

Date:  May 22, 2018

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Candace Manley
Deputy Clerk

[curecct1007vDec2015.jsp]

Telephone Number: 804−916−2410

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                      Case No. 18-32653-KLP
Omega W. Wilson                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-7          User: manleyc              Page 1 of 1              Date Rcvd: May 22, 2018
                              Form ID: curecc15          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db             +Omega W. Wilson,    100 Kenley Tye Lane,    Glen Allen, VA 23059-4731

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com
              John P. Fitzgerald, III    USTPRegion04.RH.ECF@usdoj.gov
                                                                                             TOTAL: 2