**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

OMEGA W. WILSON,                                             Case No. 18-32653-KLP
                                                             Chapter 13
                    Debtor.


### Order Setting Hearing

**NOTICE IS HEREBY GIVEN** that a hearing will be held at:

Judge Phillips' Courtroom – U.S. Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, VA  23219

**Date:   JULY 3, 2018**
**Time:   10:00 AM**

for the Court to determine why the above-captioned case should not be dismissed due to the debtor's / debtors' failure to:

file a certificate of credit counseling from an approved agency; file certificate about a financial management course and to file documents required by Local Bankruptcy Rule 1007-1 and/or 1007-3 and 3015-2.
**Missing Document(s): All Schedules and Statement of Financial Affairs; Summary of Your Assets and Liabilities and Certain Statistical Information; Statement of Your Current Monthly Income and Calculation of Commitment Period; Chapter 13 Plan


Date:   June 20, 2018                                  /s/ Keith L. Phillips
                                                       United States Bankruptcy Judge


**Copies to:**                         Entered on Docket:  June 20, 2018

Debtor
Attorney for Debtor, if applicable
Trustee
United States Trustee