**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re: Omega W. Wilson,   Case No. 18-32653
   Debtor.   Chapter 13

### ORDER

    A hearing was held on July 3, 2018, pursuant to the Order Setting Hearing entered by the Court.  The Debtor did not appear at the hearing.  For the reasons stated on the record from the bench, it is

    **ORDERED** that the case is **DISMISSED**; and it is further

    **ORDERED** that the debtor(s) pay the balance of the filing fee in the amount of $310.00 to the Clerk of Court within 14 days of the date of this order; and it is further

    **ORDERED** that dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case. The trustee need not file a final report unless property or money was administered.

Date:  July 10, 2018    /s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket:  July 10, 2018

**Copies to all creditors and parties in interest**